# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| Kasonya Lynne Priester, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 0:19-1067-RMG |
| | ) |
| vs. | ) |
| | ) |
| Andrew Saul, | ) |
| Commissioner of Social Security, | ) **ORDER** |
| | ) |
| Defendant. | ) |
| | ) |

This matter comes before the Court on Defendant's motion to vacate the order of the Commissioner and to remand this matter to the Social Security Administration for further proceedings. (Dkt. No. 11-1). This motion follows Plaintiff's filing of a brief in this matter raising a number of issues concerning alleged deficiencies in the decision of the Administrative Law Judge. (Dkt. No. 10 ). The Court is advised that Plaintiff consents to this motion. (Dkt. No. 10).

Based on the foregoing, the Court reverses the decision o f the Commissioner pursuant to 42 U.S.C. Section 405(g) and remands the matter to the Social Security Administration for further proceedings. The Administrative Law Judge, on remand, is to address each of the issues raised by Plaintiff on appeal.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

November 25, 2019
Charleston, South Carolina